

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/23
```

CAREN BIBERMAN,

                Plaintiff,

      - against -

ROBERT KANTOR, JOHN DOE, JANE DOE,
and BRETT ROBINSON,

                Defendants.

21 Civ. 4862 (LLS)

ORDER

    The deadline to complete discovery is extended to August 1, 2023, and the request for a discovery conference is denied. There is no occasion for sanctions. In compliance with HIPPA and Federal Rule of Civil Procedure 5.2(a), the Court has sealed the plaintiff's date of birth, social security number, and personal address from defendant's exhibit 3 to the affidavit of Zena Eldada (Dkt. No. 27).

    So ordered.

Dated:    New York, New York
            June 13, 2023

                                  _Louis L. Stanton_
                                  LOUIS L. STANTON
                                     U.S.D.J.