The Law Offices of
# Stanley K. Shapiro
225 Broadway, Suite 1803
New York, New York 10007

———

(212) 693-1076

Fax No. (212) 406-3677
stanleykshapiro@aol.com

November 8, 2023

Hon. Louis L. Stanton
United States District Court- Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>Biberman.v. Robinson, 21 Civ. 4862 (LLS)</u>

Dear Judge Stanton:

     We write to notify the Court that the parties have reached a settlement of the claims in the above referenced matter. We are in the process of creating the case closing papers to be exchanged to effectuate the settlement (i.e., with delivery of the agreed settlement payment to plaintiff's attorney and filing of the stipulation of dismissal).

     We thank Your Honor for presiding over the matter to facilitate resolution.

                                    Respectfully submitted,

| | |
|---|---|
| <u>/s/ *Zena Eldada* /</u> | <u>/s/ *Stanley K. Shapiro* /</u> |
| Zena Eldada, Esq. | Stanley K. Shapiro, Esq. |
| Richard Freiman & Associates, PLLC | Attorney for Plaintiff |
| Attorneys for Defendant | 225 Broadway, Suite 1803 |
| 1385 Broadway, 12th Floor | New York, New York 10007 |
| New York, New York 10018 | (212) 693-1076 |
| (646) 553-1900 | |